

# Fourth Court of Appeals
## San Antonio, Texas

July 12, 2019

No. 04-19-00471-CV

**IN RE QUALITY SOUTH TEXAS TRUCKING, INC.** and Fred Gonzales, Sr.

Original Mandamus Proceeding[1]

**ORDER**

Sitting: Sandee Bryan Marion, Chief Justice
     Patricia O. Alvarez, Justice
     Luz Elena D. Chapa, Justice

On July 10, 2019, relators filed a petition for writ of mandamus and a motion for temporary relief pending final resolution of the petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real parties in interest may file a response to the petition in this court **no later than July 26, 2019.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for temporary relief is GRANTED. All proceedings in the underlying case styled *Steven Martinez, et al. v. Trinidad Drilling, et al.*, Cause Number 2018CVF001195D3, pending in the 341st Judicial District Court, Webb County, Texas are STAYED pending final resolution of the petition for writ of mandamus.

It is so **ORDERED** on July 12, 2019.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018CVF001195D3, styled *Steven Martinez, et al. v. Trinidad Drilling, et al.*, pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Rebecca Ramirez Palomo presiding.